## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| NEIL SHAH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CROCS, INC., ANDREW REES, ANNE MEHLMAN, and SUSAN HEALY,<br><br>Defendants. | Case No. 25-00356 (JLH) |

### PLAINTIFF'S NOTICE AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses his claims in the above-captioned action, without prejudice. As grounds thereof, Plaintiffs state that no opposing party has served an answer or a motion for summary judgment. Moreover, a related action protecting investors' interests is ongoing: *Carretta v. Crocs, Inc.*, No. 1:25-cv-00096-JLH (D. Del.). This dismissal shall have no impact on Plaintiff's ability to participate as class members in the related action or any other class action alleging substantially similar claims against the Defendants herein.

Dated: July 2, 2025

Of Counsel:

**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Email: CLinehan@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith

**BIELLI & KLAUDER, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Email: rernst@bk-legal.com

*Counsel for Plaintiff Neil Shah*

3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847

**IT IS SO ORDERED.**

SIGNED this ___ day of _____, 2025.

_____
Hon. Jennifer L. Hall
United States District Judge